COPY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.,
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2000

at 11 o'clock and 35 min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  CR00-00261 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [18 U.S.C. § 1001] |
| | ) | |
| v. | ) | |
| | ) | |
| LYONS K. NAONE III | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The grand jury charges that:

On or about October 5, 1997, in the District of Hawaii,

in a matter within the jurisdiction of the United States Customs

Service, an agency of the United States Treasury Department, the

Defendant LYONS K. NAONE III, knowingly and  willfully made and

used a material false document, a "work ticket," U.S. Customs

Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

<u>COUNT 2</u>

The grand jury further charges that:

On or about October 18, 1997, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

<u>COUNT 3</u>

The grand jury further charges that:

On or about October 20, 1997, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury

Department, the Defendant LYONS K. NAONE III, knowingly and
willfully made and used a material false document, a "work
ticket," U.S. Customs Form 6082, in which the defendant alleged
that he had worked overtime hours that entitled him to special
overtime compensation, when in truth and fact, as the defendant
well knew, he had not worked the overtime hours he claimed.

        In violation of Title 18, United States Code, Section
1001(a)(3).

                            COUNT 4

        The grand jury further charges that:

        On or about January 21, 1998, in the District of
Hawaii, in a matter within the jurisdiction of the United States
Customs Service, an agency of the United States Treasury
Department, the Defendant LYONS K. NAONE III, knowingly and
willfully made and used a material false document, a "work
ticket," U.S. Customs Form 6082, in which the defendant alleged
that he had worked overtime hours that entitled him to special
overtime compensation, when in truth and fact, as the defendant
well knew, he had not worked the overtime hours he claimed.

        In violation of Title 18, United States Code, Section
1001(a)(3).

/ / /

/ / /

/ / /

<u>COUNT 5</u>

The grand jury further charges that:

On or about January 24, 1998, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

<u>COUNT 6</u>

The grand jury further charges that:

On or about April 5, 1998, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and  willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime

4

compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT 7

The grand jury further charges that:

On or about May 3, 1998, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and  willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT 8

The grand jury further charges that:

On or about September 19, 1998, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and

willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

<u>COUNT 9</u>

The grand jury further charges that:

On or about October 22, 1998, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

<u>COUNT 10</u>

The grand jury further charges that:

On or about December 19, 1998, in the District of Hawaii, in a matter within the jurisdiction of the United States

Customs Service, an agency of the United States Treasury

Department, the Defendant LYONS K. NAONE III, knowingly and

willfully made and used a material false document, a "work

ticket," U.S. Customs Form 6082, in which the defendant alleged

that he had worked overtime hours that entitled him to special

overtime compensation, when in truth and fact, as the defendant

well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section

1001(a)(3).

## COUNT 11

The grand jury further charges that:

On or about December 27, 1998, in the District of

Hawaii, in a matter within the jurisdiction of the United States

Customs Service, an agency of the United States Treasury

Department, the Defendant LYONS K. NAONE III, knowingly and

willfully made and used a material false document, a "work

ticket," U.S. Customs Form 6082, in which the defendant alleged

that he had worked overtime hours that entitled him to special

overtime compensation, when in truth and fact, as the defendant

well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section

1001(a)(3).

/ / /

/ / /

COUNT 12

The grand jury further charges that:

On or about January 23, 1999, in the District of
Hawaii, in a matter within the jurisdiction of the United States
Customs Service, an agency of the United States Treasury
Department, the Defendant LYONS K. NAONE III, knowingly and
willfully made and used a material false document, a "work
ticket," U.S. Customs Form 6082, in which the defendant alleged
that he had worked overtime hours that entitled him to special
overtime compensation, when in truth and fact, as the defendant
well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section
1001(a)(3).

COUNT 13

The grand jury further charges that:

On or about February 26, 1999, in the District of
Hawaii, in a matter within the jurisdiction of the United States
Customs Service, an agency of the United States Treasury
Department, the Defendant LYONS K. NAONE III, knowingly and
willfully made and used a material false document, a "work
ticket," U.S. Customs Form 6082, in which the defendant alleged
that he had worked overtime hours that entitled him to special

overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

### COUNT 14

The grand jury further charges that:

On or about March 20, 1999, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

### COUNT 15

The grand jury further charges that:

On or about March 27, 1999, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs

Form 6082, in which the defendant alleged that he had worked

overtime hours that entitled him to special overtime

compensation, when in truth and fact, as the defendant well knew,

he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section

1001(a)(3).

## COUNT 16

The grand jury further charges that:

On or about April 14, 1999, in the District of Hawaii,

in a matter within the jurisdiction of the United States Customs

Service, an agency of the United States Treasury Department, the

Defendant LYONS K. NAONE III, knowingly and  willfully made and

used a material false document, a "work ticket," U.S. Customs

Form 6082, in which the defendant alleged that he had worked

overtime hours that entitled him to special overtime

compensation, when in truth and fact, as the defendant well knew,

he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section

1001(a)(3).

## COUNT 17

The grand jury further charges that:

On or about August 7, 1999, in the District of Hawaii,

in a matter within the jurisdiction of the United States Customs

Service, an agency of the United States Treasury Department, the

10

Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

### COUNT 18

The grand jury further charges that:

On or about October 9, 1999, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

/ / /

/ / /

/ / /

COUNT 19

The grand jury further charges that:

On or about October 16, 1999, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

COUNT 20

The grand jury further charges that:

On or about January 26, 2000, in the District of Hawaii, in a matter within the jurisdiction of the United States Customs Service, an agency of the United States Treasury Department, the Defendant LYONS K. NAONE III, knowingly and willfully made and used a material false document, a "work ticket," U.S. Customs Form 6082, in which the defendant alleged that he had worked overtime hours that entitled him to special

overtime compensation, when in truth and fact, as the defendant well knew, he had not worked the overtime hours he claimed.

In violation of Title 18, United States Code, Section 1001(a)(3).

DATED: June 21, 2000, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

U.S.A. v. Lyons K. Naone, III,
CR. No.
Indictment

13